IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS RUBEN ELLINGTON,<br><br>             Plaintiff,<br><br>    v.<br><br>CAL TERHUNE,<br><br>             Defendant. | NO. CIV S-99-1474 MCE CMK P<br><br>**ORDER** |

On April 26, 2005, Defendants filed a request that this Court strike Plaintiff's February 7, 2005, response to Defendants' answer to plaintiff's second amend complaint. Former defense counsel has left the Office of the Attorney General, who represents Defendants in this action. Defendants' newly assigned counsel, in reviewing the file, discovered that Plaintiff's February 7, 2005, filing, included a "response to defendants' answer" and a "cross" motion for summary judgment. There is no existing motion requiring a "cross" motion. Defendants' opposition was due February 28, 2005, pursuant to Local Rule 78-230(m).

The court finds that, although the motion was titled "Plaintiff's Response to Defendants' Answer and Cross Motion for Summary Judgment" that there was confusion created by plaintiff by joining a response to defendants' answer with a motion for summary judgment, especially at this point in the proceedings. The Court further finds that the confusion created by Plaintiff was inadvertent. Striking the response is appropriate, but may cause further confusion with respect to Plaintiff's intent to file a motion for summary judgment. To facilitate this Court's consideration of the case on motion, it finds that cross motions for summary judgment should be filed by both parties.

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS ORDERED THAT:**

1. Plaintiff's February 7, 2005, document is stricken in its entirety and without prejudice.

2. The parties are to file separate cross-motions for summary judgment on or before July 13, 2005. Oppositions shall be filed by August 3, 2005. Replies shall be filed on August 15, 2005.

Once the Court makes a decision with respect to the motions, it will determine whether a further scheduling order should be filed.

Dated: April 27, 2005

      /s/   **CRAIG M. KELLISON**
      Craig M. Kellison
      UNITED STATES MAGISTRATE JUDGE