IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS RUBEN ELLINGTON,

    Plaintiff,                        No. CIV S-99-1474 MCE CMK P

    vs.

DIRECTOR OF CORRECTIONS, et al.,

    Defendants.

_____/       ORDER

        On June 27, 2005 plaintiff filed a motion requesting an extension of time to respond to defendants' motion for summary judgment until the court has ruled on "Plaintiff's Motion of Inability to Access the Court due to Physical Impairment." The motion to which plaintiff is referring appears to be his June 13, 2005 objections to the undersigned's findings and recommendations.

        By order of the court on April 28, 2005, the parties were directed to file separate cross-motions for summary judgement on or before July 13, 2005. Oppositions were to be filed by August 3, 2005. As plaintiff's response is not due until August 3, 2005, his request for an extension is premature.

///

///

1  IT IS ORDERED plaintiff's motion for an extension of time to reply to
2 defendants' motion for summary judgment is denied without prejudice to renewal at a time closer
3 to when his response is due.
4 DATED: June 30, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE