1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MARCUS RUBEN ELLINGTON,

11              Plaintiff,                          No. CIV S-99-1474 MCE CMK P

12        vs.

13    DIRECTOR OF CORRECTIONS, et al.,

14              Defendants.

15    _____/          ORDER

16              On June 30, 2005 the undersigned issued an order denying plaintiff's motion for

17    an extension of time to reply to defendants' motion for summary judgement without prejudice to

18    renewal at a time closer to when plaintiff's response was due.

19              In light of the order signed on June 30, 2005, by the Hon. Morrison C. England,

20    Jr. dismissing this case with prejudice and closing the case, the undersigned's June 30, 2005

21    order is unnecessary.

22    ///

23    ///

24    ///

25    ///

26    ///

1          IT IS ORDERED that, in order to avoid any confusion to the parties, the June 30,

2   2005 order denying plaintiff's motion for an extension of time without prejudice to renewal at a

3   later date (doc. 292) is vacated.

4   DATED:   July 7, 2005.

5

6                                                    _____
                                                     **CRAIG M. KELLISON**
7                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26