IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS RUBEN ELLINGTON,

     Plaintiff,                No. CIV S-99-1474 MCE CMK P

     vs.

DIRECTOR OF CORRECTIONS, et al.,

     Defendants.             ORDER

_____/

        On October 11, 2005, plaintiff filed a "declaration in support of his claim that custodial personnel are using crip gang members to inflict punishment on plaintiff for defendants." This civil rights action was closed on June 30, 2005. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED:   October 17, 2005.

                              _____
                              CRAIG M. KELLISON
                              UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26